UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Crim. No. 5:21-CR-394-D-24

UNITED STATES OF AMERICA )
    Plaintiff, )
     )
v. )
     )
ABDULLA MOHAMED AEZAH )
    Defendant. )
     )

## ORDER TO SEAL DOCUMENT

Upon review of the Defendant's Motion to Seal and for good cause, it is hereby ordered that the Defendant be allowed to file under seal his Motion.

The clerk of court shall provide Defendant's counsel and the United States Attorney's Office with a copy of the filed Sealed Motion and Sealed Order.

IT IS SO ORDERED.

This __3__ day of October, 2023.

                                                  James C. Dever III
                                                U.S District Judge