UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Crim. No. 5:21-CR-394-D-24

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| ABDULLA MOHAMED AEZAH<br>Defendant. | )<br>)<br>)<br>) |

## ORDER

This matter, having come before the Court without objection the by motion of the Defendant to continue the Defendant's sentencing, and for good cause shown, it is hereby GRANTED. Furthermore, it is hereby ORDERED that the Defendant's sentencing be continued to _January 2024_.

IT IS SO ORDERED.

This _3_ day of October, 2023.

_____
James C. Dever III
U.S. District Judge